ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>        v.<br><br>GONZALO HERNANDEZ,<br>  aka GONZALO RUIZ,<br><br>                   Defendant. | CASE NO. 2:25-CR-0151-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 18, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on August 18, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until October 27, 2025, and to exclude time between August 18, 2025, and October 27, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form totaling more than approximately 1100 pages of documents. The discovery also includes various videos recordings, including recorded statements of the two minor victims and Defendant Hernandez. In addition, there is discovery that contains child sexual abuse material that cannot be produced, but that has

been made available for defense counsel's review at FBI.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time review the evidence, and particularly the evidence available for review at FBI; to confer with his client, who is in custody, to review the charges and potential resolutions, and to otherwise prepare for trial, if necessary.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2025 to October 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

*The remainder of this page is intentionally blank.*

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 12, 2025                          ERIC GRANT
                                                 United States Attorney


                                                 /s/ SHELLEY D. WEGER
                                                 SHELLEY D. WEGER
                                                 Assistant United States Attorney


Dated:  August 12, 2025                          /s/ DOUG BEEVERS
                                                 DOUG BEEVERS
                                                 Counsel for Defendant
                                                 GONZALO HERNANDEZ




### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for August 18, 2025, is continued to October 27, 2025, at (;30 a.m. and time is excluded between August 18, 2025, and October 27, 2025, under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO ORDERED.

Dated:   **August 12, 2025**                    _____

                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE