RYAN ROTH, SBN 291844
ROTH LEGAL, APC
418 14th Street
Modesto, CA 95354
Telephone: 209-222-4447

Attorneys for Defendant
GONZALO HERNANDEZ,
aka GONZALO RUIZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED SATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO HERNANDEZ,<br>aka GONZALO RUIZ,<br><br>Defendant | Case No. 2:25-CR-0151-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Shelley D. Weger, Counsel for Plaintiff and Attorney Ryan Roth, Counsel for Defendant Gonzalo Hernandez, that the sentencing date scheduled for August 31, 2026, be vacated and the sentencing date be continued to this Court's calendar October 26, 2026, or the any date thereafter convenient to the Court. The proposed date of October 26, 2026, is agreeable with Counsel for the Government, Shelley D. Weger and there is no objection to the requested continuance. Government is ready to proceed but there is no objection as additional time is requested for defense

counsel's final preparation for sentencing Mr. Hernandez and a family medical issue/procedure out-of-state. The parties agree that the delay from this continuance shall be excluded in the interests of justice, and for defense preparation.

Dated: August 24, 2026

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 24, 2026

/s/ RYAN ROTH
RYAN ROTH
Counsel for Defendant
GONZALO HERNANDEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the current August 31, 2026, sentencing date for Gonzalo Hernandez is hereby vacated and reset to October 26, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE