ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO HERNANDEZ,<br><br>Defendant. | CASE NO. 2:25-CR-00151-DAD<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER<br><br>DATE: October 26, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Undersigned counsel for the United States requires a continuance of the judgment and sentencing hearing currently set for October 26, 2026. ECF 34. She has conferred with counsel for Defendant, Ryan Roth, Esq., as well as the assigned probation officer and the first date that all parties are available is December 7, 2026. Accordingly, Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the Court continue the judgment and sentencing in this case to December 7, 2026, at 9:30 a.m.

Dated: October 20, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: October 20, 2026

/s/ RYAN ROTH
RYAN ROTH
Counsel for Defendant
GONZALO HERNANDEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for October 26, 2026, is continued to December 7, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE