ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GONZALO HERNANDEZ,<br>Defendant. | CASE NO. 2:25-CR-00151-DAD<br><br>STIPULATION TO RESET JUDGMENT AND SENTENCING; ORDER<br><br>DATE: December 7, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The parties through their respective undersigned counsel hereby stipulate and request that the Court reset the sentencing in this case for February 8, 2027, at 9:30 a.m. The parties have confirmed that the assigned probation officer is also available on this date.

Dated: November 19, 2026

ERIC GRANT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: November 19, 2026

/s/ RYAN ROTH
RYAN ROTH
Counsel for Defendant
GONZALO HERNANDEZ

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for December 7, 2026, is hereby continued to February 8, 2027, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 19, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE